UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**DANA L PLUMMER, INDIVIDUALLY AND AS SURVIVING PARENT OF MADYSON TAVIA PLUMMER, ET AL.**,

   Plaintiffs,

v.   No. 4:21-cv-1385-P

**TEXAS HEALTH HUGULEY, INC. ET AL.**,

   Defendants.

## ORDER

Before the Court is Plaintiffs' Unopposed Objection to Appointed Mediator ("Objection"). ECF No. 39. Having considered the Objection and docket entries, the Court concludes that the Objection should be, and is hereby, **GRANTED in part.**

The Court therefore **ORDERS** that Mr. Chad Berry is hereby **WITHDRAWN** as Mediator.

The Court further **ORDERS** that Mr. David Seidler is hereby **SUBSTITUTED** as Mediator.

**SO ORDERED** on this **11th day** of **April, 2022.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE